IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA HARDIN,
D.O.C. # N28219,

    Plaintiff,

v.                                                    4:19cv223–WS/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 7) docketed July 16, 2019. The magistrate judge recommends that this case be dismissed without prejudice for the plaintiff's failure to prosecute and to comply with a court order. The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

    2. The plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and to prosecute the case.

    3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

    DONE AND ORDERED this __14th__ day of __August__, 2019.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE